

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

50 Main Street, Suite 1100
White Plains, New York 10606

June 11, 2024

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Cristian Meran, a/k/a "Chakra,"* No. 24 Mag. 1561**

Dear Judge McCarthy:

    The Government respectfully requests that the Court unseal the Complaint, No. 24 Mag. 1561, in the above-referenced case, as the defendant has been arrested by law enforcement officers.

                                       Respectfully submitted,

**APPLICATION GRANTED**          DAMIAN WILLIAMS
*/s/ Judith C. McCarthy*             United States Attorney
Hon. Judith C. McCarthy
6-11-2024          By:    /s/
                                                  Justin L. Brooke
                                                  Jared D. Hoffman
                                                  Assistant United States Attorneys
                                                  (914) 993-1918 / -1928