

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 9, 2025

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   Re: *United States v. Ryan Rivera, et al.*, 24 Cr. 231 (KMK)

Dear Judge Karas:

   The Government respectfully writes to request that the status conference in this case, currently set for September 15, 2025, be rescheduled to a date approximately 45 days later, at the Court's convenience. The capital review process as to defendant Moises Encarnacion is not yet complete, and the Government does not anticipate having an update as to that process by the September 15 conference. Accordingly, the Government requests that the Court reschedule the status conference to approximately 45 days later. If the Court grants the Government's adjournment request, the Government further requests that the Court order the exclusion of time under 18 U.S.C. § 3161(h)(7)(A) to the date of the rescheduled status conference. The Government submits that the interests of justice served by such an exclusion outweigh the best interests of the public and the defendants in a speedy trial because the exclusion of time will allow additional time for the capital review process, the defendants to continue to evaluate motions, and the parties to prepare for trial.

   The Government has consulted with counsel for each of the defendants, all of whom consent to the rescheduling of the status conference and the requested exclusion of time.

Granted. The 9/15/25 conference is adjourned to 11/ 5 /25, at 10:30 Time is excluded until then, in the interests of justice, to allow the capital review process to continue and to allow counsel to prepare any motions and for a potential trial. The interests of justice from this exclusion outweigh the public's and Defendants' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
9/9/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ Jared D. Hoffman
  Justin L. Brooke
  Jared D. Hoffman
  Assistant United States Attorneys
  (914) 993-1918 / (212) 637-1060

CC: Counsel of record (by ECF)