# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 913-4608
FAX: (203) 319-0128

December 16, 2025

**VIA ECF**

Honorable Kenneth M. Karas
U.S. District Court Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Cristian Meran, et al.*, 24-cr-00231 (KMK)

Dear Judge Karas:

I am CJA counsel to Cristian Meran. At the last status conference on November 5, 2025, I raised with the Court Mr. Meran's ongoing dental issues that have gone untreated by Hudson County Correctional Facility.

Since that date, Mr. Meran's dental issues – that continue to cause him significant pain – have gone untreated by the prison. The government has reached out to the jail on multiple occasions, including at the request of the defense. Yet, Mr. Meran has still not received the care he needs.

I write to respectfully request that the Court issue an order directing Hudson County Correctional facility to provide Mr. Meran with the appropriate and necessary care to address his dental issues within ten days from the Court's order.

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Granted. Mr. O'Reilly is asked to submit a proposed order seeking the relief discussed herein.

So Ordered
12/16/25

Respectfully submitted,

/s/

Francis L. O'Reilly

cc: All Parties (via ECF)