

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 26, 2026

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Ryan Rivera, et al.,* **24 Cr. 231 (KMK)**

Dear Judge Karas:

      The Government writes, with consent of counsel for defendants Ryan Rivera and Cristian Meran, to request a six-week extension of time to file its opposition to pretrial motions, the deadline for which is February 19, 2026.[1] The Government is engaged in plea negotiations with both defendants, and the parties submit that the extension may allow for pretrial resolutions.

      Time under the Speedy Trial Act has been excluded since January 5, 2026—the date pretrial motions were filed—and will continue to be excluded until the motions are resolved. *See* 18 U.S.C. § 3161(h)(1)(D) (the "delay resulting from any pretrial motion, from the filing of the motion through the ... prompt disposition of" the motion "shall be excluded"); *see also Henderson v. United States*, 476 U.S. 321, 330 (1986) (holding that § 3161(h)(1)(F) excludes "all time between the filing of a motion and the conclusion of the hearing on that motion, whether or not a delay in holding that hearing is 'reasonably necessary'").

Granted.

So Ordered.

1/26/26

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ Jared D. Hoffman
    Jared D. Hoffman
    Justin L. Brooke
    Assistant United States Attorneys
    (212) 637-1060 / (914) 993-1918

CC:    Counsel of record (by ECF)

---

[1] Defendant Moises Encarnacion has until February 3, 2026 to file pretrial motions. (Dkt. 178).